DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Wanda Blanchette, | ) | |
| | ) | CASE NO. 5:13 CV 1449 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | OPINION AND ORDER |
| | ) | |
| J.M. Smucker Company, | ) | |
| | ) | |
| Defendant. | ) | |

The Court referred this case to Magistrate Judge Kathleen Burke for mediation upon the request of the parties.  ECF 17 and 18.  Magistrate Judge Burke conducted a mediation conference and the parties reached a settlement.  ECF 21.

Subsequently, the parties files a proposed stipulation of dismissal with prejudice, each party to bear its own attorney fees, expenses and costs.  ECF 22.  Magistrate Judge Burke has issued a Report and Recommendation recommending that the Court approve the parties' proposed stipulation of dismissal.  ECF 23.

Under the relevant statute:

> [T] magistrate judge shall file [her] proposed findings and recommendations under subparagraph (B) with the court and a copy shall forthwith be mailed to all parties.
>
> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

(5:12 CV 2879)

No objections have been filed to Magistrate Judge Burke's Report and Recommendation. The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a *de novo* determination by the district court of an issue covered in the report.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's Report and Recommendation and adopts the same.  Accordingly, the parties' stipulated dismissal will be approved.


        IT IS SO ORDERED.


  July 14, 2014                                      *s/ David D. Dowd, Jr.*
Date                                                      David D. Dowd, Jr.
                                                          U.S. District Judge